JS-6

**FILED**
CLERK, U.S. DISTRICT COURT

MAR 23, 2018

CENTRAL DISTRICT OF CALIFORNIA
BY: _____BH_____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CAMPA and IRMA CAMPA,<br><br>Plaintiffs,<br><br>v.<br><br>ALLSTATE INDEMNITY COMPANY, ALLSTATE INSURANCE COMPANY, and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No.  2:17-cv-05039-VAP (AGRx)<br><br>**[PROPOSED] JUDGMENT** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-1-

1      The Court, having granted the Motion for Summary Judgment filed by Defendants

2    Allstate Indemnity Company and Allstate Insurance Company (Docket No. 32), and good

3    cause having been shown,

4

5      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

6      1.      Judgment is entered in favor of Defendants Allstate Indemnity Company and

7    Allstate Insurance Company and against Plaintiffs Irma Campa and Charles Campa.

8    Plaintiffs shall take nothing in this action.

9

10     2.      Defendants Allstate Indemnity Company and Allstate Insurance Company

11   shall recover from Plaintiffs Irma Campa and Charles Campa the costs incurred herein, as

12   shall be determined by the Clerk of the Court pursuant to an Application To The Clerk To

13   Tax Costs.

14

15   DATED:  March 23. 2018

16

17   _____
                                    Honorable Virgina A. Phillips
18                              United States District Court Judge

19

20

21

22

23

24

25

26

27

28

-2-